McGAHA v. SMOKY MOUNTAIN STAGES, INC.

---

MARVIN McGAHA v. SMOKY MOUNTAIN STAGES, INC., AND GORDON CLARK.

(Filed 24 February, 1965.)

APPEAL by defendants from *Froneberger, J.,* October, 1964 Session, HENDERSON Superior Court.

The plaintiff in this case is the husband of the plaintiff in the companion case, No. 27 — Brenda McGaha against the same defendants. The two cases were tried together before the General County Court of Henderson County and resulted in a verdict and judgment for the plaintiff awarding him $1,500.00 for his personal injury and $350.00 for the damage to his Oldsmobile. The Superior Court on appeal affirmed the judgment. The defendants appealed to the Supreme Court.

*Redden, Redden & Redden by Arthur J. Redden, M. F. Toms for plaintiff appellee.*
*Whitmire & Whitmire for defendant appellants.*

PER CURIAM. The pleadings, the evidence, the findings of the General County Court of Henderson County, and the confirming order of the Superior Court are the same in this as in the companion case,

Brenda McGaha against the same defendants, decided this day. That decision is controlling on this appeal. On its authority the order of the Superior Court affirming the judgment of the General County Court is reversed. The cause will be remanded to the General County Court of Henderson County for a new trial.

Reversed.